GAIL A. KARISH, Bar No. 244264
gail.karish@bbklaw.com
DUSTIN J. NIRSCHL, Bar No. 326648
dustin.nirschl@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:  (213) 617-8100
Facsimile:  (213) 617-7480

Attorneys for Defendant
CARMEL-BY-THE-SEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership d/b/a VERIZON WIRELESS,<br><br>   Plaintiff,<br><br> v.<br><br>CARMEL-BY-THE-SEA,<br><br>   Defendant. | Case No. 5:22-CV-00347-NC<br><br>**NOTICE OF APPEAL**<br><br>Trial Date:  Not Set<br>Action Filed: January 18, 2022 |

Notice is hereby given that Defendant CITY OF CARMEL-BY-THE-SEA in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion for Attorneys' Fees entered in this action on August 26, 2022 (Document 58).

Dated: September 23, 2022              BEST BEST & KRIEGER LLP


                                       By: ___Dustin J. Nirschl_____
                                           GAIL A. KARISH
                                           DUSTIN J. NIRSCHL

                                           Attorneys for Defendant
                                           CARMEL-BY-THE-SEA

**REPRESENTATION STATEMENT**
(Ninth Circuit Rule 3-2)

Defendant and Appellant CITY OF CARMEL BY-THE-SEA is represented by:

GAIL A. KARISH, Bar No. 244264
gail.karish@bbklaw.com
DUSTIN J. NIRSCHL, Bar No. 326648
dustin.nirschl@bbklaw.com
BEST BEST & KRIEGER LLP
300 South Grand Avenue
25th Floor
Los Angeles, California  90071
Telephone:    (213) 617-8100
Facsimile:     (213) 617-7480

Plaintiff and Appellee GTE MOBILNET OF CALIFORNIA Limited Partnership d/b/a VERIZON WIRELESS is represented by:

Mark L. Mosley, Bar No. 136449
Melanie Sengupta, Bar No. 244615
MACKENZIE & ALBRITTON LLP
155 Sansome Street, Suite 800
San Francisco, CA  94104
Telephone:  (415) 288-4000
Emails:  mmosleyesq@gmail.com; m.sengupta@mallp.com

NOTICE OF APPEAL