| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUN 22 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership, DBA Verizon Wireless,

    Plaintiff-Appellant,

 v.

CITY OF CARMEL-BY-THE-SEA,

    Defendant-Appellee,

 and

STOP CELL TOWERS IN CARMEL NEIGHBORHOODS, INC.; LA PLAYA CARMEL HOTEL, LLC,

    Intervenor-Defendants-Appellees.

No.   22-16153

D.C. No. 5:22-cv-00347-NC
Northern District of California,
San Jose

ORDER

---

GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, DBA Verizon Wireless, a California limited partnership,

    Plaintiff-Appellee,

 v.

CITY OF CARMEL-BY-THE-SEA,

    Defendant-Appellant,

No.   22-16489

D.C. No. 5:22-cv-00347-NC

Mediation

and

STOP CELL TOWERS IN CARMEL NEIGHBORHOODS, INC.; LA PLAYA CARMEL HOTEL, LLC,

        Intervenor-Defendants.

This case shall be held in abeyance. The Clerk is directed to temporarily close this court's docket for administrative purposes until September 13, 2023. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on September 8, 2023, at 1:30 p.m. Pacific Time.

Each participant will receive an email with dial-in information. Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

        FOR THE COURT:

        By: Steven J. Saltiel
        Circuit Mediator